# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR LOPEZ and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAUM, INC.<br><br>Defendant | Case No. 1:17-cv-08986 (JPO)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(2)** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(2), Plaintiff hereby requests that the court order the dismissal of this action *with prejudice*, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement and Confidential Settlement Amount Agreement (the "Agreements") executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Agreements.

Date: March 2?, 2018

Bradly G. Marks, Esq.
The Marks Law Firm, P.C
175 Varick Street, 3rd Fl
New York, NY 10014
Email: brad@markslawpc.com

_____
Attorneys for Plaintiff

Mark S. Sidoti, Esq.
**GIBBONS, P.C.**
One Pennsylvania Plaza
37th Floor
New York, New York
E-mail: msidoti@gibbonslaw.com

_____
Attorneys for Defendant

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

Date: March 30, 2018

2599571.1 110203-97543